UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANJINDER KAUER, a U.S. citizen; and MANDEEP SINGH SOHAL, Receipt No. WAC1290314365, Not Detained , <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Citizenship and Immigration Services, an agency of the United States government; U.S. Department of Homeland Security, an agency of the United States government; CHRYSTA D. STOCK, Field Office Director, U.S. citizenship & Immigration Services; L. FRANCIS CISSNA, Director, U.S. Citizenship & Immigration Services; KIRSTJEN M. NIELSEN, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | No. 2:17-CV-00260-SMJ <br><br> **ORDER DISMISSING CASE** |

On June 23, 2018, Plaintiffs filed an Unopposed Motion to Voluntarily Dismiss, ECF No. 23. Consistent with the Plaintiff's voluntary dismissal and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. Plaintiffs' Unopposed Motion to Voluntarily Dismiss, **ECF No. 23**, is **GRANTED.**

ORDER **-** 1

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge